UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------X

In re

  VII HOLDINGS COMPANY,      Chapter 7 (Involuntary)
                     Case No. 06-10935-BLS
  Debtor

-----------------------------------------------X

## AMENDED NOTICE OF APPEAL

Pursuant to the provisions of 28 U.S.C. sec. 158(a)(1), Fed. R. Bankr. P. 8001(a) and Loc. R. 8001-1(a), the undersigned hereby appeals "Order Denying Motion to Reopen Chapter 7 Bankruptcy Case", by the Court, Brendan L. Shannon, J., issued in the within captioned bankruptcy case to the United States District Court for the District of Delaware.

Said Order was issued January 8, 2008 and served upon the undersigned Appellant by the Clerk of the United States Bankruptcy Court for the District of Delaware via first class mail, postage prepaid, **on March 4, 2008**.

True and correct copies of the Order, as aforesaid, and the envelope addressed to the undersigned from the Clerk of the United States Bankruptcy Court for the District of Delaware **postmarked "March 4, 2008"** which contained the copy of said Order, are attached hereto and incorporated herein in their entirety by reference.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Ara Eresian, Jr., Trustee of  
   Zu Zu Realty Trust  
P.O. Box 499  
Shrewsbury, MA  01545

Tel: (774)-258-0961

APPELLANT, PRO SE

David M. Fournier, Esquire  
PEPPER HAMILTON, LLP  
Hercules Plaza – Suite 5100  
1313 N. Market Street  
P.O. Box 1709  
Wilmington, DE  19801-1709

Tel: (302)-777-6500

COUNSEL FOR APPELLEES,  
CAMBRIDGE PROPERTIES, LLC  
& SOUTHBRIDGE SAVINGS BANK

Respectfully submitted,

ARA ERESIAN, JR., TRUSTEE  
OF ZU ZU REALTY TRUST,

by: _____  
Ara Eresian, Jr., Trustee, PRO SE  
P.O. Box 499  
Shrewsbury, MA  01545  
Tel: (774)-258-0961  
Fax: (508)-757-3780

Date: April 7, 2008

# CERTIFICATE OF SERVICE

I, Ara Eresian, Jr., hereby certify that on the 7th. day of April, 2008, I served a copy of the within document via first class mail, postage prepaid, upon the following parties/counsel of record/parties-in-interest thereto:

## SERVICE LIST

| | |
|---|---|
| VII Holdings Company<br>2700 Centerville Road – Suite 400<br>Wilmington, DE 19808 | DEBTOR (Alleged) |
| John Wilson<br>196 West River Street<br>Orange, MA 01364-1415 | PETITIONING CREDITOR, PRO SE |
| David M. Fournier, Esquire<br>PEPPER HAMILTON, LLP<br>Hercules Plaza - Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19801-1709 | COUNSEL FOR APPELLEES,<br>CAMBRIDGE PROPERTIES, LLC<br>& SOUTHBRIDGE SAVINGS BANK |
| David Buchbinder, AUST<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street – Suite 2207<br>Lockbox 35<br>Wilmington, DE 19899-0035 | FOR UNITED STATES TRUSTEE |

_____
Ara Eresian, Jr.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                    :
                                          :   Chapter 7
VII HOLDINGS COMPANY,                     :
                                          :   Case No. 06-10935 (BLS)
        Involuntary Debtor.               :
                                          :   Related Docket Nos. 42, 56

## ORDER DENYING MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE

Upon consideration of the Motion of Interested Party Ara Eresian, Jr., Trustee of Zu Zu Realty Trust to Reopen Bankruptcy Case and Memorandum in Support Thereof (the "Motion") and the record in this case; and for the reasons stated by the Court on the record at the hearing in this case on December 13, 2007; **IT IS HEREBY ORDERED** that:

1.  The Motion is hereby denied with prejudice.

Dated: 1/8/08
Wilmington, Delaware

Honorable Brendan Linehan Shannon
United States Bankruptcy Judge

#9186521 v1

M.L.
**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF DELAWARE
824 MARKET STREET
WILMINGTON, DELAWARE 19801-3577

OFFICIAL BUSINESS

US POSTAGE
017H15526807
HASLER
$0.410
03/04/2008
Mailed From 19801

COPY

Ara Erasian, Jr.
Trustee of Zu Zu Realty Trust
P.O. Box 449
Shrewsbury, MA 01545

01545+0443

COPY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

FILED
2008 APR -3 AM 9: 48

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------X

In re

    VII HOLDINGS COMPANY,

        Debtor

Chapter 7 (Involuntary)
Case No. 06-10935-BLS

------------------------------------------------X

## NOTICE OF APPEAL

Pursuant to the provisions of Fed. R. Bankr. P. 8001(a) and Loc. R. 8001-1(a), the undersigned hereby appeals "Order Denying Motion to Reopen Chapter 7 Bankruptcy Case", by the Court, Brendan L. Shannon, J., issued in the within captioned bankruptcy case to the United States District Court for the District of Delaware.

Said Order was issued January 8, 2008 and served upon the undersigned Appellant by the Clerk of the United States Bankruptcy Court for the District of Delaware via first class mail, postage prepaid, **on March 4, 2008**.

True and correct copies of the Order, as aforesaid, and the envelope addressed to the undersigned from the Clerk of the United States Bankruptcy Court for the District of Delaware **postmarked "March 4, 2008"**, are attached hereto and incorporated herein in their entirety by reference.

Respectfully submitted,

FILED
2008 APR -3 AM 9: 48

ARA ERESIAN, JR., TRUSTEE
OF ZU ZU REALTY TRUST

by: _____
Ara Eresian, Jr., Trustee, PRO SE
P.O. Box 499
Shrewsbury, MA 01545
Tel: (774)-258-0961
Fax: (508)-757-3780

Date: April 2, 2008

CERTIFICATE OF SERVICE

I, Ara Eresian, Jr., hereby certify that on the 2nd. day of April, 2008, I served a copy of the within document via first class mail, postage prepaid, upon the following parties/counsel of record/parties-in-interest thereto:

| | |
|---|---|
| VII Holdings Company<br>2700 Centerville Road – Suite 400<br>Wilmington, DE 19808 | DEBTOR (Alleged) |
| John Wilson<br>196 West River Street<br>Orange, MA 01364-1415 | PETITIONING CREDITOR, PRO SE |
| David M. Fournier, Esquire<br>PEPPER HAMILTON, LLP<br>Hercules Plaza - Suite 5100<br>1313 N. Market Street<br>P.O. Box 1709<br>Wilmington, DE 19801-1709 | COUNSEL FOR APPELLEES,<br>CAMBRIDGE PROPERTIES, LLC<br>& SOUTHBRIDGE SAVINGS BANK |

David Buchbinder, AUST
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street – Suite 2207
Lockbox 35
Wilmington, DE  19899-0035

UNITED STATES TRUSTEE

_____
Ara Eresian, Jr.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                    :
                                          :   Chapter 7
VII HOLDINGS COMPANY,                     :
                                          :   Case No. 06-10935 (BLS)
          Involuntary Debtor.             :
                                          :   Related Docket Nos. 42, 56

## ORDER DENYING MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE

Upon consideration of the Motion of Interested Party Ara Eresian, Jr., Trustee of Zu Zu Realty Trust to Reopen Bankruptcy Case and Memorandum in Support Thereof (the "Motion") and the record in this case; and for the reasons stated by the Court on the record at the hearing in this case on December 13, 2007; **IT IS HEREBY ORDERED** that:

1. The Motion is hereby denied with prejudice.

Dated: 1/8/08
Wilmington, Delaware

Honorable Brendan Linehan Shannon
United States Bankruptcy Judge

#9186521 v1

M.L.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 MARKET STREET
WILMINGTON, DELAWARE 19801-3577

OFFICIAL BUSINESS

US POSTAGE
HASLER
017H15526807
$0.410
03/04/2008
Mailed From 19801



Ara Eresian, Jr.
Trustee of Zu Zu Realty Trust
P.O. Box 449
Shrewsbury, MA 01545

01545+0449

COPY

COPY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Chapter 7 |
| VII HOLDINGS COMPANY, | : |
| | : Case No. 06-10935 (BLS) |
| Involuntary Debtor. | : |
| | : Related Docket Nos. 42, 56 |

**ORDER DENYING MOTION TO REOPEN CHAPTER 7 BANKRUPTCY CASE**

Upon consideration of the Motion of Interested Party Ara Eresian, Jr., Trustee of Zu Zu Realty Trust to Reopen Bankruptcy Case and Memorandum in Support Thereof (the "Motion") and the record in this case; and for the reasons stated by the Court on the record at the hearing in this case on December 13, 2007; **IT IS HEREBY ORDERED** that:

1. The Motion is hereby denied with prejudice.

Dated: 1/8/08
Wilmington, Delaware

Honorable Brendan Linehan Shannon
United States Bankruptcy Judge

#9186521 v1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: _____  ○ BK   ○ AP
   If AP, related BK Case Number: _____

Title of Order Appealed:
_____
     Docket Number: _____      Date Entered: _____

Item Transmitted:   ○ Notice of Appeal            ○ Motion for Leave to Appeal
                    ○ Amended Notice of Appeal    ○ Cross Appeal
                   Docket Number: _____       Date Filed: _____

*Appellant/Cross Appellant:                *Appellee/Cross Appellee
_____   _____
Counsel for Appellant:                     Counsel for Appellee:
_____   _____
_____   _____
_____   _____
_____   _____

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ○ Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ○ No

Have Additional Appeals to the Same Order been Filed?  ○ Yes  ○ No
   If so, has District Court assigned a Civil Action Number?   ○ Yes  ○ No   Civil Action # _____

Additional Notes:
_____

_____         By: _____
Date                                                         Deputy Clerk

_____
                                            FOR USE BY U.S. BANKRUPTCY COURT

Bankruptcy Court Appeal (BAP) Number: _____
7/6/06