**Pepper Hamilton LLP**
────── Attorneys at Law

Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
302.777.6500
Fax 302.421.8390

302.777.6565
fournierd@pepperlaw.com

June 20, 2008

**VIA HAND DELIVERY**
Honorable Joseph J. Farnan, Jr.
United States District Court
U.S. Courthouse
844 King Street
Wilmington, DE 19801

Re:  In re VII Holdings Company
     Bankruptcy Appeal
     D. Del. C.A. No. 08-258 (JJF)

Dear Judge Farnan:

On May 12, 2008, we filed and served the attached Motion of Cambridge Properties, LLC and Southbridge Savings Bank (I) For Waiver of Mediation Requirements, and (II) To Dismiss Appeal of Order Denying Motion to Reopen Chapter 7 Bankruptcy Case (the "Motion"). The basis for the Motion is that the appeal was not timely filed. The deadline for the appellant to respond to the Motion has passed, and no response has been filed.

The mediator has scheduled a mediation for June 26, 2008. Given the pendency of and basis for the Motion to dismiss this appeal and for waiver of the mediation requirement, we believe that mediation is not appropriate in this instance. Accordingly, we would respectfully submit the Motion for the Court's consideration. If the Court would like us to submit a separate proposed order waiving the mediation requirement, we would of course be pleased to do so. Should the Court desire oral argument on the Motion, we are available at Your Honor's convenience.

Respectfully submitted,

David M. Fournier

cc:  Ara Eresian, Jr., Appellant
     Richard G. Elliott, Jr., Mediator

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |

#9749097 v1               www.pepperlaw.com