```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF DELAWARE

IN RE:                            :
                                  :   Bankruptcy Case No. 06-10935-BLS
VII HOLDINGS COMPANY,             :
                                  :
_____:_____

ARA ERESIAN, JR.,                 :
                                  :
        Appellant,                :
                                  :
     v.                           :   Civil Action No. 08-258-JJF
                                  :
CAMBRIDGE PROPERTIES, LLC and     :
SOUTHBRIDGE SAVINGS BANK,         :
                                  :
        Appellees.                :
```

## O R D E R

WHEREAS, Appellees have moved for a waiver of the mediation requirements and have requested the Court to dismiss the above-captioned appeal;

WHEREAS, Appellant has filed a letter opposing the dismissal of his appeal, but in any event requesting a stay of mediation until such time as the Court determines whether he may proceed in this action as a pro se litigant or whether he must obtain counsel;

WHEREAS, in light of the issues pending before the Court in both the Motion To Dismiss and Appellant's letter, the Court concludes that it is appropriate to stay mediation at this time;

NOW THEREFORE, IT IS HEREBY ORDERED that mediation in the above-captioned action is **STAYED** until further Order of the Court.

June 25, 2008
DATE

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE