# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| VII HOLDINGS COMPANY | ) | Bankr. Case No. 06-10935 (BLS) |
| | ) | Bankr. Appeal No. 08-16 |
| Involuntary Debtor. | ) | |
| | ) | |
| | ) | |
| ARA ERESIAN, JR., | ) | |
| Appellant | ) | |
| v. | ) | Civil Action No. 08-258-JJF |
| | ) | |
| CAMBRIDGE PROPERTIES LLC, | ) | |
| SOUTHBRIDGE SAVINGS BANK | ) | |
| | ) | **Related Docket No. 7** |
| Appellees | ) | |
| | ) | |

## CERTIFICATION OF SERVICE

I, David M. Fournier, hereby certify that on the 26th day of June, 2008, I caused the following to be served upon the attached service list by first class mail.

**Signed Order Staying the Mediation (Docket No. 7)**

Dated: June 26, 2008  
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ David M. Fournier  
David M. Fournier (DE No. 2812)  
Evelyn J. Meltzer (DE No. 4581)  
Hercules Plaza, Suite 5100  
1313 N. Market Street  
Wilmington, DE 19801  
Telephone: (302) 777-6500

- and -

#9762905 v1

James T. Hargrove, Esq. (BBO # 550975)
Peter D. Bilowz, Esq. (BBO # 651383)
GOULSTON & STORRS, P.C.
400 Atlantic Avenue
Boston, Massachusetts 02110-3333
Telephone: (617) 482-1776
Facsimile: (617) 574-7621

Attorneys for Cambridge Properties, LLC
and Southbridge Savings Bank

#9762905 v1

Ara Eresian, Jr.
Trustee of Zu Zu Realty Trust
P.O. Box 449
Shrewsbury, MA 01545

John Wilson
196 West River Street
Orange, MA  01364

VII Holdings Company
2711 Centerville Road, Suite 400
Wilmington, DE  19805

David Buchbinder, Esquire
Office of the United States Trustee
844 King Street
Room 2207
Wilmington, DE  19899-0035

Richard G. Elliott, Jr., Esq.
Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

#9762905 v1